# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| PEGGY ANN BOURQUE, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | NO. 3:17-cv-00281 |
| CHERRY LINDAMOOD, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 98), which was filed on January 18, 2019. Through the Report and Recommendation, the Magistrate Judge recommends this action be dismissed, without prejudice, for failure to prosecute. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED,** without prejudice, for failure to prosecute. All pending motions are denied as moot.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE